78 A.3d 614

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jose MENDEZ, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 23, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of October, 2013, Petitioner's Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED,** and his "Application for Relief, Pursuant to Pa.R.A.P. 123 in the Form of a Remand to the Trial Court with Permission to Amend his Previously Filed *Pro Se* P.C.R.A. Petition" is **DENIED.**